# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ANTONIO JOHNSON )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>MISSOURI DEPARTMENT OF )<br>CORRECTIONS, ET AL )<br>)<br>Defendants. ) | Cause No: 4:22-CV-00817-JMB |

## DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE

Pursuant to E.D.Mo. L.R. 2.09 and Federal Rule of Civil Procedure 7.1, Defendant Corizon hereby discloses the following organizational interests:

1. If the subject organization is a corporation,

   a. Its parent companies or corporations:

      **Valitas Intermediate Holdings, Inc. (parent)**

      **M2 EquityCo, LLC (grandparent)**

      **M2 HoldCo, LLC (great-grandparent)**

   b. Its subsidiaries not wholly owned by the subject corporation:

      **None.**

   c. Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock:

      **None.**

2. If the party is a limited liability company or a limited liability partnership, identify each member of the subject organization and each member's state of citizenship:

   **As a result of a series of recent transactions, Corizon, LLC was merged into Corizon Health, Inc. which then changed its name to Tehum Care Services, Inc.**

                Respectfully Submitted,

                */s/ J. Thaddeus Eckenrode*
                J. Thaddeus Eckenrode Mo. Bar #31080
                ECKENRODE-MAUPIN, Attorneys at Law
                11477 Olde Cabin Rd., Ste. 110
                St. Louis, MO 63141
                (314) 726-6670 (Telephone)
                (314) 726-2106 (Fax)
                jte@eckenrode-law.com
                *Attorneys for Defendants Corizon and Rose*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing served via electronic filing on this 7th day of October 2022 to the following:

Benjamin P. Kates
MoBar #65557
bkates@plenbanlaw.com
J.C. Pleban, Mo Bar No. 63166
jc@plebanlaw.com
2010 S. Big Bend Blvd.
St. Louis, MO 63117
314-645-6666
314-645-7376 (FAX)
*Attorneys for Plaintiff*

**ERIC S. SCHMITT**
Attorney General

Katherine Walsh
Assistant Attorney General
Old Post Office Building
815 Olive Street, Suite 200
St. Louis, MO 63101
(314) 340-7861
Katherine.walsh@ago.mo.gov
*Attorney for Co-Defendants (MDOC et al)*

　　　　　　　　　　　　　　　　　　　　　　　　/s/   Lillian Turbe